NO. 07-03-0446-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 7, 2003

_____

CAMIL KREIT, M.D. AND SAMIR KREIT, M.D., APPELLANTS

V.

CHARLOTTE FOREMAN, APPELLEE

_____

FROM THE 253RD DISTRICT COURT OF LIBERTY COUNTY;

NO. 56,121; HONORABLE CHAP B. CAIN, III, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pursuant to appellants' Unopposed Motion to Dismiss for Want of Jurisdiction based on the trial court's order vacating the final judgment from which this appeal was perfected, the appeal is dismissed for want of jurisdiction.

Without passing on the merits of the case, the appellant's unopposed motion for dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.1. All costs having been paid, no order pertaining to the costs is made. Having dismissed the appeal at the appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Phil Johnson
Chief Justice